```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| DONNY REEVEY, | : | |
| Petitioner, | : | Civil Action No. 11-4063 (MLC) |
| v. | : | **O P I N I O N** |
| PAULA K. LAGANA, et al., | : | |
| Respondents. | : | |

1. On March 16, 2012, this Court ordered Petitioner to show cause in writing why his habeas petition should not be dismissed as time-barred.  (Dkt. entry no. 6, 3-16-12 Order; see dkt. entry no. 5, 3-16-12 Op.)

2. Petitioner has not responded, and as such this Court has not been provided with any facts to indicate that the Petition was filed within the one-year limitations period under 28 U.S.C. § 2244(d)(2) or that the Petition can overcome the statutory time-bar due to equitable tolling.

3. The petition appears to be time-barred.  Accordingly, the petition will be dismissed.  The Court will enter an appropriate order and judgment.

                                                s/ Mary L. Cooper
                                            **MARY L. COOPER**
                                            United States District Judge

Dated:    July 11, 2012